For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

**Melvin LENOIR, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 74636.**

Missouri Court of Appeals, Western District.

Feb. 5, 2013.

Margaret Johnston, Columbia, MO, for Appellant.

Todd Smith, Jefferson City, MO, for Respondent.

Before: THOMASH H. NEWTON, P.J., JOSEPH M. ELLIS, and GARY D. WITT, JJ.

## ORDER

PER CURIAM:

Mr. Melvin Lenoir appeals the motion court's denial of his Rule 24.035 motion for post-conviction relief following an evidentiary hearing. Mr. Lenoir argues that the motion court erred in denying his motion